**Alvin Ronnel ROSS, Plaintiff–Appellant,**

v.

**James E. TILTON, CDCR Secretary and Derral G. Adams, Warden, Defendants–Appellees.**

**No. 09–16442.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 15, 2011.*

Filed March 10, 2011.

Alvin Ronnel Ross, pro se.

Before: CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

**MEMORANDUM ***

California state prisoner Alvin Ronnel Ross appeals pro se from the district

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

court's order denying his motion to reconsider the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging violations of his due process and equal protection rights under the Fourteenth Amendment. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion, *Molloy v. Wilson,* 878 F.2d 313, 315 (9th Cir.1989), and we affirm.

The district court did not abuse its discretion by denying the motion to reconsider because Ross has failed to demonstrate mistake, inadvertence, surprise, excusable neglect, newly discovered evidence, or any other basis for relief from judgment. *See* Fed.R.Civ.P. 60(b); *see also Molloy,* 878 F.2d at 316.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.